IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

DIANA M. WORSLEY, Administratrix of
the ESTATE OF SAMAH YELLARDY,
    Plaintiff,

v.    Civil Action No. 3:15-cv-664-JAG-RCY

WARDEN JEFFREY N. DILLMAN, et al.,
    Defendants.

## ORDER

This matter comes before the Court on the Report and Recommendation of Magistrate Judge Roderick C. Young entered on May 28, 2020. (Dk. No. 104.) The time to file objections has expired and neither party has objected to the Report and Recommendation. Accordingly, and upon due consideration, the Court ORDERS as follows:

1. The Court ADOPTS and ACCEPTS the Report and Recommendation of Magistrate Judge Young (Dk. No. 104) as the Opinion of the Court.

2. The Court GRANTS the motion to enforce the settlement agreement filed by Akeyia Pernell. (Dk. No. 90.) The Court MODIFIES the settlement agreement and the underlying annuity contract with Pacific Life & Annuity Services, Inc., as follows:

   a. Rather than Diana Worsley, Akeyia Pernell shall receive the $500.00 monthly payments mandated to occur until January 17, 2023; and

   b. DeShanna Ford shall be the Joint Custodian.

3. Corizon Health, Inc., shall transmit the modifications to the annuity contract to Pacific Life & Annuity Services, Inc.

4. The Court DENIES AS MOOT the motion for relief filed by Jonathan Halperin of Halperin Law Group and Seth Carroll of the Commonwealth Law Group. (Dk. No. 93.)

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record, Akeyia Pernell, Diana Worsley, Huestis Pratt Cook, III, and Magistrate Judge Young.

Date: \_\_\_\_1 July 2020
Richmond, VA

/s/
John A. Gibney, Jr.
United States District Judge